**FILED**

**NOV 7 2013**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

__EASTERN__ District of __CALIFORNIA__

UNITED STATES OF AMERICA
V.
GHEORGHE BALTAGA

## COMMITMENT TO ANOTHER DISTRICT

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | 13MJ221 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☒ Indictment  ☐ Information  ☐ Complaint  ☐ Other (Specify)

Charging a violation of                                    U.S.C.§
**DISTRICT OF OFFENSE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

**DESCRIPTION OF CHARGES: CONSPIRACY TO COMMIT BANK FRAUD AND WIRE FRAUD; BANK FRAUD; AIDING AND ABETTING; FORFEITURE OF FRAUD PROCEEDS**

**CURRENT BOND STATUS:**
☐ Bail fixed at       And conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☐ Retained Own Counsel  ☐ Federal Defender Organization  ☒ CJA Attorney  ☐ None
**Interpreter Required?** ☐ No  ☒ Yes  Language: RUSSIAN

**DISTRICT OF** NORTHERN CA – SAN JOSE

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

11/7/13
Date

STANLEY A. BOONE, United States Magistrate Judge

This Commitment was received and executed as follows:
DATE COMMITMENT ORDER RECEIVED   PLACE OF COMMITMENT       DATE DEFENDANT COMMITTED

DATE          UNITED STATES MARSHAL                    (BY) DEPUTY MARSHAL

AO94 (Fresno – Oct. 2013)